

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00002-CV

Vipul **SHAH**, M.D.,
Appellant

v.

Rosalinda **BECERRA**, Individually and as Personal Representative of the Estate of Ramon
Becerra, Deceased, Norma Becerra, and Ramon Becerra Jr.,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-25919
Honorable Cynthia Marie Chapa, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
              Irene Rios Justice
              Beth Watkins, Justice

Delivered and Filed: February 10, 2021

MOTION TO DISMISS GRANTED; DISMISSED

Vipul Shah, M.D. seeks to appeal an interlocutory order signed by the trial court on December 17, 2020. Appellant has filed a motion to dismiss, stating he no longer desires to pursue the appeal. We grant the motion and dismiss this appeal. Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(d)(absent agreement of the parties, costs are taxed against appellant).

PER CURIAM